# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID DOYLE, et al., | ) |
| Plaintiff, | ) |
| | ) 8:06CV412 |
| vs. | ) |
| | ) ORDER |
| ELI LILLY & CO., | ) |
| Defendant. | ) |

This matter is before the court following a telephone conference with counsel for the parties on January 30, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **April 16, 2007, at 11:00 a.m. Central Daylight Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 30th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge