# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID DOYLE, et al. ) | |
| ) | 8:06CV412 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant's motion for enlargement of time and request for oral argument (Filing No. 140). Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion for oral argument is granted.

2. The defendant's motion for enlargement of time (Filing No. 140) is set for oral argument **for March 25, 2008, at 1:30 p.m.** in the Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge