IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID DOYLE, et al. | ) | |
| | ) | 8:06CV412 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion to Stay Proceedings (Filing No. 144). Upon consideration,

**IT IS ORDERED:**

1. The parties Motion to Stay Proceedings (Filing No. 144) is granted.

2. The case shall be stayed until further order of this court.

3. Counsel shall file a joint status report concerning the status of this case on **June 13, 2008, and every 30 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted. The joint status report(s) may be filed under Restricted Access pursuant to NECivR 5.3.

4. The defendant's motion for protective order (Filing No. 137) and motion for enlargement of time (Filing No. 140) are denied, without prejudice, and the hearing previously set for March 25, 2008, the pretrial conference and trial setting are canceled.

DATED this 7th day of March, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge