**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| DAVID DOYLE, *et al*. | ) | CIVIL NO. 8:06-CV-412 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to written Stipulation of the parties filed herein, the above-entitled cause is hereby forever dismissed, with prejudice, each party to pay their own costs.

**DATED** this 30th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge